**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>K. FOX, et al.,<br><br>  Defendants. | No.  2:21-CV-0952-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 3, seeking an order "that this complaint be acceptable to the Court."  To the extent Plaintiff seeks acknowledgement that his complaint has been filed, the motion is granted.  To the extent Plaintiff seeks an order deeming his complaint acceptable for service, Plaintiff is referred to the Court's August 24, 2021, screening order requiring the filing of a first amended complaint.

   IT IS SO ORDERED.

Dated:  September 10, 2021

                                                    _____
                                                    DENNIS M. COTA
                                                    UNITED STATES MAGISTRATE JUDGE